CLUETT and others *v.* MACK and others.

*(Circuit Court, S. D. New York.    June 7, 1887.)*

COXE, J.    A decree dismissing the bill, with costs, should be entered in this cause upon the authority of *Cluett* v. *Claflin, ante,* 921.